THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ALAZAMON IRA LUCAS, Appellant.

*Appeal — intermediate order in criminal proceeding — motion to dismiss
appeal granted.*

*People* v. *Lucas*, 222 App. Div. 790, appeal dismissed.

(Argued February 13, 1928; decided February 21, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 30, 1927, which reversed an order of the court at a Trial Term dismissing certain indictments against the defendant.

The motion was made upon the ground that the order appealed from was an intermediate order and was not appealable to the Court of Appeals.

*William F. Love, District Attorney (William L. Clay* of counsel), for motion.

*Leo J. Rice* opposed.

Motion granted and appeal dismissed.

---

In the Matter of the Claim of FRANK RAYMOND, Respondent, against THE ESTATE OF ANDREW DAVIS, Deceased.

WILLIAM J. DOTY, as Administrator, Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 220 App. Div. 480.

(Submitted February 13, 1928; decided February 21, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1927, which modified and affirmed as modified a decree of the Chautauqua County Surrogate's Court allowing a claim against the estate of Andrew Davis, deceased.

The motion was made upon the ground that the required undertaking had not been filed.

*Nelson J. Palmer* for motion.

*John Griffin* opposed.

Motion denied, without costs.